UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **LONDON LAREDO, LLC** § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. 5:19-cv-00033 |
| § | JURY |
| § | |
| **SCOTTSDALE INSURANCE COMPANY** § | |
| § | |
| Defendant. § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, London Laredo, LLC, and Defendant, Scottsdale Insurance Company, (collectively, the "Parties") hereby announce that they have reached a settlement in this matter. The Parties anticipate that they will finalize the settlement within 30 days. Accordingly, the Parties respectfully request that all upcoming deadlines and settings be suspended while the Parties conclude this settlement and then be allowed to submit their Joint Stipulation of Dismissal.

Respectfully submitted,

By: /s/ Hunter Klein     *w/ permission
**Hunter M. Klein**
State Bar No. 24082117
klein@greentriallaw.com
**Robert D. Green**
State Bar No. 08368025
green@greentriallaw.com
GREEN & BARTON
440 Louisiana Street, Suite 1900
Houston, Texas 77002
Telephone: (713) 654-9222
Facsimile: (713) 654-2155

1

**Daniel P. Barton**
State Bar No. 00789774
dbarton@bartonlawgroup.com
**Wayne D. Collins**
State Bar No. 00796384
wcollins@bartonlawgroup.com
GREEN & BARTON
1201 Shepherd Drive
Houston, Texas  77007
Telephone:  (713) 227-4747
Facsimile:  (713) 621-5900

**ATTORNEYS FOR PLAINTIFF
LONDON LAREDO, LLC**

and

By:  /s/ George Arnold
**George H. Arnold,** *Attorney-in-Charge*
State Bar No. 00783559
garnold@thompsoncoe.com
**Marilyn S. Cayce**
State Bar No. 17705500
mcayce@thompsoncoe.com
**Susan Sparks Usery**
State Bar No. 18880100
susery@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
One Riverway, Suite 1400
Houston, Texas  77056
Telephone:  (713) 403-8210
Facsimile:  (713) 403-8299

**ATTORNEYS FOR DEFENDANT
SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      This is to certify that on October 16, 2019, a true and correct copy of the foregoing was served upon the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Hunter M. Klein
Robert D. Green
GREEN & BARTON
440 Louisiana St., Ste. 1900
Houston, TX  77002
klein@greentriallaw.com
green@greentriallaw.com

Daniel P. Barton
Wayne D. Collins
GREEN & BARTON
1201 Shepherd Dr.
Houston, TX  77007
dbarton@bartonlawgroup.com
wcollins@bartonlawgroup.com

                                              */s/ George Arnold*
                                              George Arnold