Case 5:19-cv-00033   Document 14   Filed on 11/22/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| LONDON LAREDO, LLC, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 5:19-CV-33 |
| SCOTTSDALE INSURANCE COMPANY, | § |
| Defendant. | § |

## ORDER

On November 20, 2019, Plaintiff London Laredo, LLC and Defendant Scottsdale Insurance Company filed a self-effectuating joint stipulation of dismissal. (Dkt. 13.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The stipulation, signed by counsel for both parties, notified the Court that the case has been dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Thus, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 22nd day of November, 2019.

_____
Diana Saldaña
United States District Judge